**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 21, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6592**

In the Matter of

Michelle Cox v. Stuart A. Fullett, individually and as partner of Fosco, VanderVennet & Fullett, P.C., and Fosco, VanderVennet & Fullett, P.C.

Case Number: 1:07-cv-99999

**JUDGE MANNING**
**MAGISTRATE JUDGE ASHMAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Michelle Cox

**LI**

| | |
|---|---|
| NAME (Type or print) | |
| Kenneth M. DucDuong | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Kenneth M. DucDuong | |
| FIRM | |
| KMD Partners Law Offices | |
| STREET ADDRESS | |
| 1055 W. Catalpa Ave. #216 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60640 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6286069 | (773) 561-6587 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |