IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE COX, on behalf of herself and all others similarly situated, | ) ) | |
| Plaintiff | ) ) | Case No.: 07 C 6592 |
| v. | ) ) | Class Action |
| STUART A. FULLETT, individually and as partner of FOSCO, VANDERVENNET & FULLETT, P.C.; and FOSCO, VANDERVENNET & FULLETT, an Illinois professional corporation, | ) ) ) ) ) | Jury Trial Demanded |
| | ) ) | Honorable Judge Blanche M. Manning |
| Defendants | ) | Magistrate Judge Martin C. Ashman |

**NOTICE OF HEARING**

To EACH OF DEFENDANTS:

PLEASE TAKE NOTICE that on <u>JANUARY 10, 2008</u>, at <u>11 A.M.</u>, I shall appear before the Honorable Judge Blanche M. Manning, at U.S. District Court located at 219 S. Dearborn St., Chicago, Illinois, for a status hearing for the above captioned complaint, a copy of which is hereby served on you.

Plaintiff's Attorney:   Kenneth M. DucDuong
Address:                1055 W. Catalpa Ave. #216
                        Chicago, IL 60640
Telephone:              (773) 561-6587
Facsimile:              (773) 751-5065

**Date of Service**:  December 11, 2007

s/Kenneth M. DucDuong

## PROOF OF SERVICE

       I, Kenneth M. DucDuong, attorney for MICHELLE COX, certify that I served this Class Action Complaint, Docket No. 07 C 6597, on Stuart A. Fullett and Fosco, VanderVennet & Fullett, P.C., Defendants, by mailing a copy to Each of the Defendants at the address below depositing it in the U.S. mail at **Uptown U.S. Postal Service Station** on N. Broadway, Chicago, Illinois, on or before **7 P.M.** on **December 11, 2007**, with proper postage prepaid.

                                          s/Kenneth M. DucDuong
                                          Kenneth M. DucDuong, Esq.

DEFENDANTS:

Stuart A. Fullett, Esq.
Partner of Fosco, VanderVennet, Fullett, P.C.
1156 Shure Drive, Suite 140
Arlington Heights, IL 60004
Fax.: (847) 259-5511

Paul Fosco, Esq.
President and Partner of Fosco, VanderVennet, Fullett, P.C.
1156 Shure Drive, Suite 140
Arlington Heights, IL 60004
Fax.: (847) 259-5511