TYPE LAW ______ SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS DISTRICT 222

SHERIFF'S NUMBER 078518-001D CASE NUMBER 07C6592 DEPUTY: [signature] 3089

FILED DT 11-26-2007 RECEIVED DT 11-26-2007 DUE DT 12-10-2007 MULTIPLE SERVICE 1

DEFENDANT
FULLETT STUART A. ESQ.
1156 SHURE DR
ARLINGTON HTS IL. 60004
SUITE 140
PLAINTIFF MICHELLE COX

ATTORNEY
KENNETH M. DUCDUONG, ESQ.
1055 W.CATALPA AVE.
CHICAGO IL. 60640
773 561-6587

SERVICE INFORMATION: CF C/O FOSCO, VANDERVENNET & FULLETT, P.C.

FOREIGN

**********************************************************************************************

(A) I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE NAMED DEFENDANT PERSONALLY.

.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE ______ DAY OF ______ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE. SAID PARTY REFUSED NAME______

.....3 SERVICE ON: CORPORATION____ COMPANY____ BUSINESS____ PARTNERSHIP____ BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

.....4 CERTIFIED MAIL____

(B) THOMAS J. DART, SHERIFF, BY: [signature], DEPUTY

1 SEX____M/F RACE____ AGE____

2 NAME OF DEFENDANT FULLETT STUART A. ESQ.

__WRIT SERVED ON NOT SERVED

THIS 10 DAY OF DEC, 2007 TIME 08:47 (A.M.) P.M.

ADDITIONAL REMARKS #2

**********************************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG OFFICE

NEIGHBORS NAME ______

ADDRESS ______

REASON NOT SERVED:

___01 MOVED
___02 NO CONTACT
___03 EMPTY LOT
___04 NOT LISTED
___05 WRONG ADDRESS
___06 NO SUCH ADDRESS
___07 EMPLOYER REFUSAL
___08 RETURNED BY ATTY
___09 DECEASED
___10 BLDG DEMOLISHED
___11 NO REGISTERED AGT.
___12 OTHER REASONS
___13 OUT OF COUNTY

ATTEMPTED SERVICES

| DATE | TIME | A.M./P.M. |
|---|---|---|
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

FEE .00 MILEAGE .00 TOTAL .00

SG20