SHERIFF'S NUMBER 078516-001D CASE NUMBER 07C6592    DEPUTY: Knorr 5087

FILED DT 11-26-2007 RECEIVED DT 11-26-2007 DIE DT 12-10-2007 MULTIPLE SERVICE   1
    DEFENDANT                                          ATTORNEY
FOSCO, VANDERVENNET & FULLETT, P.C.                    KENNETH M. DUCDUONG, ESQ.
1156    SHURE DR                                       1055 W. CATALPA AVE.
ARLINGTON HTS IL. 60004                                CHICAGO IL. 60640
SUITE 140                                              773 561-6587
PLAINTIFF COX, MICHELLE                                                  **FOREIGN**

SERVICE INFORMATION: CF   C/O PAUL FOSCO, R/A

****************************************************************************
(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:   BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE  OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME _____
.....3 SERVICE ON:  CORPORATION_____ COMPANY_____ BUSINESS_____ PARTNERSHIP_____
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)   THOMAS J. DART, SHERIFF, BY: _____, DEPUTY

    1  SEX ___M/F___   RACE _____   AGE _____
    2  NAME OF DEFENDANT FOSCO, VANDERVENNET & FULLETT, P.C.
       X WRIT SERVED ON   NOT SERVED _____
       THIS 10 DAY OF Dec, 2007 TIME 08:47 A.M./P.M.
       ADDITIONAL REMARKS   #2 _____

****************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG   office                          ATTEMPTED SERVICES
NEIGHBORS NAME _____          DATE        TIME   A.M./P.M.
        ADDRESS _____         _____      ___:___
        REASON NOT SERVED:                     _____      ___:___
                      07 EMPLOYER REFUSAL      _____      ___:___
  01 MOVED           08 RETURNED BY ATTY       _____      ___:___
X 02 NO CONTACT      09 DECEASED
  03 EMPTY LOT       10 BLDG DEMOLISHED        _____      ___:___
  04 NOT LISTED      11 NO REGISTERED AGT.     _____      ___:___
  05 WRONG ADDRESS   12 OTHER REASONS          _____      ___:___
  06 NO SUCH ADDRESS 13 OUT OF COUNTY
                                               _____      ___:___

FEE    .00    MILEAGE    .00   TOTAL    .00                          SG20