IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE COX, on behalf of herself and all others similarly situated, | ) ) | |
| Plaintiff | ) ) | Case No.: 07 C 6592 |
| v. | ) ) | Class Action |
| STUART A. FULLETT, individually and as partner of FOSCO, VANDERVENNET & FULLETT, P.C.; and FOSCO, VANDERVENNET & FULLETT, an Illinois professional corporation, | ) ) ) ) ) ) | Jury Trial Demanded<br><br>Honorable Judge Blanche M. Manning |
| Defendants | ) | Magistrate Judge Martin C. Ashman |

## REQUEST FOR FIRST ALIAS SUMMONS

I, **Kenneth M. DucDuong**, the attorney of record for Plaintiff, Michelle Cox, hereby request the Clerk of the Court to issue an Alias Summons to be served on the Defendants, Stuart A. Fullett and Fosco, VanderVennet & Fullett, P.C., at the following addresses:

   Stuart A. Fullett, Esquire
   Fosco, VanderVennet & Fullett, P.C.
   1156 Shure Drive, Suite 140
   Arlington Heights, IL 60004

   Paul Fosco
   Registered Agent for Fosco, VanderVennet & Fullett, P.C.
   1156 Shure Drive, Suite 140
   Arlington Heights, IL 60004

and forward to the appropriate sheriff for service.

Date: December 24, 2007                s/ Kenneth M. DucDuong
                                       Attorney for Plaintiff

Plaintiff's Attorney:   Kenneth M. DucDuong
Address:                1055 W. Catalpa Ave. #216
                        Chicago, IL 60640
Telephone:              (773) 561-6587
Facsimile:              (773) 751-5065