# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

Michelle Cox, on behalf of herself and all other similarly situated,

Plaintiff,

v.

Stuart A. Fullett, individually and as partner of Fosco, Vandervennet & Fullett, P.C., an Illinois professional corporation,

Defendants.

Case Number: 07-C-6592

Judge: Manning

Magistrate Judge Ashman

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEYS(S) FOR:
Stuart A. Fullett and Fosco, Vandervennet & Fullett, P.C.

| |
|---|
| SIGNATURE  s/ Jennifer W. Weller |
| FIRM  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois  60601-1081 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6197596 — TELEPHONE NUMBER: (312) 704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐   NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |

6268423v1 884432