UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE COX, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> STUART A. FULLETT, individually and as partner of Fosco, VanderVennet & Fullett, P.C., and FOSCO, VANDERVENNET & FULLETT, P.C., <br><br> Defendants. | Case No. 07 C 6592 <br><br> Judge Blanche Manning <br><br> Magistrate Judge Martin Ashman |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant Stuart A. Fullett, individually ("Fullett")(incorrectly named a partner of Fosco, VanderVennet & Fullett, P.C.) and Fosco, Vandervennet & Fullett, P.C., ("FVF") by and through their attorneys David M. Schultz and Jennifer W. Weller and for their Unopposed Motion for Enlargement of Time to Answer or Otherwise Plead to Plaintiff's Complaint state as follows:

1. Defendants Fullett and FVF voluntarily appeared in this matter through counsel on January 3, 2008.

2. Defendants seek an enlargement of time to January 31, 2008 to file a responsive pleading to Plaintiff's Complaint.

3. This time is not meant for the purposes of delay and will cause no prejudice to the parties.

4. Defense counsel has spoken with counsel for the plaintiff and counsel for the plaintiff has indicated that he has no objection to the extension.

6269736v1 884432

WHEREFORE, Defendant Stuart A. Fullett, individually (incorrectly named a partner of Fosco, VanderVennet & Fullett, P.C.) and Fosco, Vandervennet & Fullett, P.C. respectfully request that this court grant them until January 31, 2008 to file a responsive pleading to Plaintiff's Complaint.

          Respectfully submitted,

          HINSHAW & CULBERTSON LLP

          /s/  Jennifer W. Weller
          David M. Schultz
          Jennifer W. Weller
          222 N. LaSalle, Suite 300
          Chicago, IL 60601
          Phone No.:  312-704-3000
          Fax No.:  312-704-3001
          E-mail Address:  dschultz@hinshawlaw.com
          jweller@hinshawlaw.com