IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE COX, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>STUART A. FULLETT, individually and as partner of Fosco, VanderVennet & Fullett, P.C., and FOSCO, VANDERVENNET & FULLETT, P.C.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 07 C 6592<br>)<br>) Judge Blanche Manning<br>)<br>) Magistrate Judge Martin Ashman<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO:    Kenneth M. DucDuong
        KMD Partners Law Offices
        1055 W. Catalpa Avenue, #216
        Chicago, IL 60640
        773-561-6587
        Email: kducduong@hotmail.com

    **PLEASE TAKE NOTICE** that on **January 10, 2008**, at **11:00 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Blanche M. Manning or any Judge sitting in his/her stead in Courtroom 2125, in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 60604, and then and there present, **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,** a copy of which is served upon you.

                                      HINSHAW & CULBERTSON LLP


                                      By: s/Jennifer W. Weller
                                             Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6269787v1 884432

## CERTIFICATE OF SERVICE

I hereby certify that I served the above and foregoing **NOTICE OF MOTION and UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,** with the Clerk of the Court electronically using the CM/ECF system to the above-referenced named parties at their respective address(es) on **January 7, 2008.**

           HINSHAW & CULBERTSON LLP

           By: s/Jennifer W. Weller
                Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6269787v1 884432