## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of: | Case Number: 07CV6592 |
|---|---|

Michelle Cox, on behalf of herself and all others similarly situated,

Plaintiff,

v.

Judge: Manning
Magistrate: Ashman

Stuart A. Fullett, individually and as partner of Fosco, Vandervennet & Fullett, P.C., an Illinois professional corporation,

Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michelle Cox, Plaintiff

| | |
|---|---|
| NAME (Type or print) | |
| Gregory A. Zbylut | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Gregory A. Zbylut | |
| FIRM | |
| The Law Office of Gregory A. Zbylut | |
| STREET ADDRESS | |
| 33 N. LaSalle Street, Ste. 2020 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6287750 | TELEPHONE NUMBER 312-263-8333 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐