## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MICHELLE COX, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>STUART A. FULLETT, individually and as partner of Fosco, VanderVennet & Fullett, P.C., and FOSCO, VANDERVENNET & FULLETT, P.C.,<br>    Defendants. | Case No. 07 C 6592<br><br>Judge Blanche Manning<br><br>Magistrate Judge Martin Ashman |

### NOTICE OF FILING

TO:    Kenneth M. DucDuong            Gregory Andrew Zbylut
        KMD Partners Law Offices         Attorney at Law
        1055 W. Catalpa Avenue, Suite 216    33 N. LaSalle, Suite 2020
        Chicago, IL 60640                   Chicago, IL 60602
        773-561-6587                       312-263-8333
        kducduong@hotmail.com           312-263-8335 (fax)
                                             gzbylut@sbcglobal.net

      PLEASE TAKE NOTICE that on **January 31 2008,** we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the Defendant's **ANSWER TO COMPLAINT**, in connection with the above entitled cause, a copy of which is attached hereto.

                                                         Respectfully submitted,

                                                         HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz<br>Jennifer W. Weller<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – facsimile<br>dschultz@hinshawlaw.com<br>jweller@hinshawlaw.com<br>Firm's #90384 | /s/ *Jennifer W. Weller*<br>Jennifer W. Weller |

6278169v1 884432

**CERTIFICATE OF SERVICE**

    I hereby certify that on **January 31, 2008,** I electronically filed the above and foregoing **NOTICE OF FILING AND ANSWER TO COMPLAINT** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                      Respectfully submitted,

                      HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz<br>Jennifer W. Weller<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – facsimile<br>dschultz@hinshawlaw.com<br>jweller@hinshawlaw.com<br>Firm's #90384 | /s/ *Jennifer W. Weller*<br>Jennifer W. Weller |