# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE COX, on behalf of herself and all others similarly situated, | ) ) | |
| Plaintiffs | ) | Case No. 07 C 6592 |
| | ) | |
| v. | ) | Class Action |
| | ) | |
| STUART A. FULLETT, individually and as shareholder of FOSCO FULLETT ROSENLUND, P.C., f/k/a FOSCO, VANDERVENNET & FULLETT, P.C.; and FOSCO FULLETT ROSENLUND, P.C., f/k/a FOSCO, VANDERVENNET & FULLETT, an Illinois professional corporation, | ) ) ) ) ) ) ) | Jury Trial Demanded  Honorable Judge Blanche M. Manning  Magistrate Judge Martin C. Ashman |
| Defendants | ) | |

## NOTICE OF FILING

TO:  David M. Schultz, Esq.
 Jennifer W. Weller, Esq.
 Hinshaw & Colbertson LLP
 222 N. LaSalle St., #300
 Chicago, IL 60601-1081
 Tel.: (312) 704-3000
 Fax: (312) 704-3001
 jweller@hinshawlaw.com
 dschultz@hinshawlaw.com

PLEASE TAKE NOTICE that on February 11, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Easter Division, the Plaintiff's Motion for Class Certification and the Brief in Support for the Motion, for the above captioned complaint, a copy of which is attached hereto.

Dated: February 11, 2008

                                             Respectfully Submitted,

                                             *s/ Kenneth M. DucDuong*
                                             Kenneth M. DucDuong
                                             One of Plaintiff's Attorneys


                                             Kenneth M. DucDuong
                                             KMD Law Office

- 2 -

1055 W. Catalpa Ave. #216
Chicago, IL 60640
Tel.: (773) 561-6587
Fax: (773) 751-5065
*Attorney for Plaintiff*
*Attorney # 6286069*


Gregory A. Zbylut
The Law Office of Gregory A. Zbylut
33 N. LaSalle St. #2020
Chicago, IL 60602
Tel.: (312) 263-8333
Fax: (312) 263-8335
*Attorney for Plaintiff*
*Attorney # 6287750*

CERTIFICATE OF SERVICE

I, <u>the undersigned</u>, one of Plaintiff's attorneys, certify that on <u>February 11, 2008</u>, I electronically filed the within Plaintiff's <u>Motion for Class Certification and the Brief in Support of the Motion</u>, a copy of which is attached herein and addressed to:

Attorneys for Defendants, STUART A. FULLETT and FOSCO FULLETT ROSENLUND, P.C.:

David M. Schultz, Esq.
Jennifer W. Weller, Esq.
Hinshaw & Colbertson LLP
222 N. LaSalle St., #300
Chicago, IL 60601-1081
Tel.:  (312) 704-3000
Fax:  (312) 704-3001
jweller@hinshawlaw.com
dschultz@hinshawlaw.com

*s/Kenneth M. DucDuong*
Kenneth M. DucDuong
One of Plaintiff's Attorneys

Kenneth M. DucDuong
KMD Law Office
1055 W. Catalpa Ave. #216
Chicago, IL 60640
Tel.:  (773) 561-6587
Fax:  (773) 751-5065