## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Michelle Cox
                Plaintiff,

v.                                        Case No.: 1:07−cv−06592
                                            Honorable Blanche M. Manning

Stuart A Fullett, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

      MINUTE entry before Judge Blanche M. Manning : Status hearing set for 2/12/2008 is reset to 4/15/2008 at 11:00 AM. The case is referred to Magistrate Judge Ashman for discovery supervision, ruling on all nondispositive pretrial motions, as well as settlement discussions at the appropriate time.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.