## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Michelle Cox
                  Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:07−cv−06592
　　　　　　　　　　　　　　　　　　　Honorable Blanche M. Manning

Stuart A Fullett, et al.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge Martin C. Ashman :Magistrate Judge Status hearing set for 3/7/2008 at 10:00 AM., in courtroom 1386. Mailed notice. (is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.