THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY AND ALL INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

## NOTICE AND DEMAND FOR POSSESSION

DATE:   August 17, 2007

TO:     Evaristo Calzada
        Alicia Calzada
        and All Unknown Occupants
        2046 Farnham Court
        Schaumburg, IL 60194

SUBJECT: Sheffield Towne Association

THIS IS YOUR NOTICE pursuant to Sec. 9-102, *et seq.* of the Illinois Code of Civil Procedure that as of August 15, 2007, the records of the Association indicate that you are in default of your ongoing obligation due to Sheffield Towne Association in the sum of $1,553.50 for your proportionate share of the expenses of administration, maintenance and repair of the common elements/areas and other expenses lawfully agreed upon due and owing at least in part since February 2006, as well as the sum of $210.62 in legal fees and costs in attempting to collect this account, for a **total sum of $1,764.12**. UPON EXPIRATION OF THIS NOTICE, THE ASSOCIATION HEREBY DEMANDS POSSESSION OF THE FOLLOWING DESCRIBED PREMISES situated in the City/Village of Schaumburg, County of Cook, State of Illinois and commonly known as: 2046 Farnham Court, Schaumburg, IL 60194.

This is your NOTICE that payment in full of the amount stated above is demanded of you and that, unless your payment of the FULL AMOUNT is made on or before the expiration of thirty-four (34) days after the date of mailing of this Notice, YOUR RIGHT TO POSSESSION OF THE PREMISES WILL BE TERMINATED. Your payment of the full amount stated must be made payable to "Sheffield Towne Association" and sent to the law firm of Fosco, VanderVennet & Fullett, P.C., 1156 Shure Drive, Suite 140, Arlington Heights, IL 60004. Only FULL PAYMENT of all amounts demanded in this Notice will invalidate the demand, unless the person claiming possession or his or her agent or attorney agrees in writing to withdraw the demand in exchange for receiving partial payment.

**UNLESS YOU NOTIFY OUR OFFICE WITHIN 30 DAYS AFTER RECEIPT OF THIS NOTICE THAT THE VALIDITY OF THIS DEBT, OR ANY PORTION OF IT, IS DISPUTED, WE WILL ASSUME THAT THE DEBT IS VALID. IF YOU DO NOTIFY US OF A DISPUTE, WE WILL OBTAIN VERIFICATION OF THE DEBT AND MAIL IT TO YOU. ALSO, UPON YOUR WRITTEN REQUEST WITHIN 30 DAYS, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR IF IT IS DIFFERENT THAN WHAT IS SHOWN ABOVE.**

Should you have any questions or wish to discuss this matter further, please contact our office at (847) 222-9600.

**EXHIBIT B**
1/2

The above-stated amount will increase with the levy of future assessments, late fees, costs, attorney's fees of collection, fines and any other expenses lawfully agreed upon, all of which must be satisfied in addition to the foregoing.

Board of Directors of Sheffield Towne<br>
Association

By: _____
One of Its Attorneys

### CERTIFICATE OF MAILING

The undersigned, being first duly sworn on oath deposes and says that the office mailed a copy of the foregoing Notice and Demand for Possession by enclosing the same in an envelope addressed to the above at the address above, and deposited same in the U.S. Mail at Arlington Heights, Illinois, certified mail, return receipt requested, and a copy by regular mail, before 7:00 p.m. on the date above, with proper postage.

_____

Subscribed and sworn to before me
this ___ day of August 2007.

_____
Notary Public

"OFFICIAL SEAL"
Jeffrey D. Styer
Notary Public, State of Illinois
My Commission Exp. 04/21/2010

CERTIFIED MAIL., RETURN RECEIPT REQUESTED
cc: Regular Mail

Fosco, VanderVennet & Fullett, P.C.
1156 Shure Drive, Suite 140
Arlington Heights, IL 60004
847/222-9600
File No. 007-1686

**EXHIBIT B**
2/2