**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHELLE COX, on behalf of herself and all others similarly situated, | ) ) | |
| Plaintiff, | ) | Case No.: 07 C 6592 |
| | ) | |
| v. | ) | Class Action |
| | ) | |
| STUART A. FULLETT, individually and as | ) | Jury Trial Demanded |
| partner of FOSCO, VANDERVENNET & | ) | |
| FULLETT, P.C.; and FOSCO, | ) | |
| VANDERVENNET & FULLETT, an Illinois | ) | Honorable Judge Blanche M. Manning |
| professional corporation, | ) | |
| Defendants. | ) | Magistrate Judge Martin C. Ashman |

<u>NOTICE OF FILING</u>

TO:     David M. Schultz & Jennifer W. Weller
        HINSHAW & CULBERTSON LLP
        222 North LaSalle Street, Suite 300
        Chicago, Illinois 60601
        Tel.:  (312) 704-3000
        Fax:  (312) 704-3001
        dschultz@hinshawlaw.com
        jweller@hinshawlaw.com

PLEASE TAKE NOTICE that on February 29, 2008 we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the Plaintiff's <u>Motion for Leave to File Amendment of Complaint</u>, in connection with the above captioned action, a copy of which is attached hereto.

Respectfully submitted,

*s/Kenneth M. DucDuong*
One of Plaintiff's Counsel

| | |
|---|---|
| Kenneth M. DucDuong | Gregory A. Zbylut |
| KMD LAW OFFICE | THE LAW OFFICE OF GREGORY A ZBYLUT |
| 1055 W. Catalpa Ave. #216 | 33 N. LaSalle St. #2020 |
| Chicago, IL 60640 | Chicago, IL 60602 |
| Tel.:  (773) 561-6587 | Tel.:  (312) 263-8333 |
| Fax:  (773) 751-5065 | Fax:  (312) 263-8335 |

<u>CERTIFICATE OF SERVICE</u>

I, the undersigned, one of Plaintiff's attorneys, certify that on <u>February 29, 2008</u> I electronically filed the within Plaintiff's <u>Motion for Leave to File Amendment of Complaint</u> and sent same by electronic mail or facsimile at the telephone number below, a copy of which is attached herein and addressed to:

Attorneys for Defendants, Stuart A. Fullett and Fosco Fullett Rosenlund, P.C., f/k/a Fosco, VanderVennet & Fullett, P.C.:


David M. Schultz, Esq.
Jennifer W. Weller, Esq.
Hinshaw & Colbertson LLP
222 N. LaSalle St., #300
Chicago, IL 60601-1081
Tel.:  (312) 704-3000
Fax:  (312) 704-3001




_s/Kenneth M. DucDuong_____
One of Plaintiff's Attorneys




Kenneth M. DucDuong
KMD LAW OFFICE
1055 W. Catalpa Ave. #216
Chicago, IL 60640
Tel.:  (773) 561-6587
Fax:  (773) 751-5065