# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Michelle Cox

                Plaintiff,

v.                                         Case No.: 1:07−cv−06592
                                                        Honorable Blanche M. Manning

Stuart A Fullett, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 7, 2008:

      MINUTE entry before Judge Martin C. Ashman :Plaintiff's motion for leave to file an amended complaint [30],[33] is granted. Magistrate Judge Status hearing held on 3/7/2008. Plaintiff is given leave to file an amended complaint by 3/14/2008. Defendants' answer to plaintiff's amended complaint due by 4/4/2008. Settlement Conference set for 5/15/2008 at 02:00 PM., in chambers 1366. All clients and parties with full authority to settle are to be physically present. Failure to have parties with full authority to settle present may result in the imposition of severe sanctions. (For further details see standing order on the court's web site at www.ilnd.uscourts.gov.) Mailed notice.(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.