**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHELLE COX, EVARISTO CALZADA, and ALICIA CALZADA, on behalf of themselves and all others similarly situated,<br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>STUART A. FULLETT, individually and as shareholder of FOSCO FULLETT ROSENLUND, P.C. and FOSCO, VANDERVENNET & FULLETT, P.C.; FOSCO FULLETT ROSENLUND, P.C., an Illinois professional corporation; and FOSCO, VANDERVENNET & FULLETT, P.C., an Illinois professional corporation,<br>　　　　　　　　Defendants. | <u>First Amended Complaint</u><br><br>Case No.: 07 C 6592<br><br>Class Action<br><br>Jury Trial Demanded<br><br>Honorable Judge Blanche M. Manning<br><br>Magistrate Judge Martin C. Ashman |

NOTICE OF FILING

TO:　　David M. Schultz & Jennifer W. Weller
　　　　HINSHAW & CULBERTSON LLP
　　　　222 North LaSalle Street, Suite 300
　　　　Chicago, Illinois 60601
　　　　Tel.:  (312) 704-3000
　　　　Fax:  (312) 704-3001
　　　　dschultz@hinshawlaw.com; jweller@hinshawlaw.com

PLEASE TAKE NOTICE that on <u>March 14, 2008</u>, pursuant to this Court's March 7, 2008 order granting leave to amend, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the Plaintiff's **First Amended Complaint**, in connection with the above captioned action, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*s/Kenneth M. DucDuong*
　　　　　　　　　　　　　　　　　　One of Plaintiffs' Attorneys

| | |
|---|---|
| Kenneth M. DucDuong<br>KMD Law Office<br>1055 W. Catalpa Ave. #216<br>Chicago, IL 60640<br>Tel.:  (773) 561-6587<br>Fax:  (773) 751-5065<br>Attorney No. 6286069 (IL) | Gregory A. Zbylut<br>The Law Office Of Gregory A. Zbylut<br>33 N. LaSalle St. #2020<br>Chicago, IL 60602<br>Tel.:  (312) 263-8333<br>Fax:  (312) 263-8335<br>Attorney No. 6287750 (IL) |