CERTIFICATE OF SERVICE

I, the undersigned, one of Plaintiffs' attorneys, certify that on <u>March 14, 2007</u>, I electronically filed the within Plaintiffs' <u>First Amended Complaint</u>, and sent same by electronic mail or facsimile at the telephone number provided below, a copy of which is attached herein and properly addressed to:

Attorneys for Defendants, Stuart A. Fullett, Fosco Fullett Rosenlund, P.C., and Fosco, VanderVennet & Fullett, P.C.:

David M. Schultz, Esq.
Jennifer W. Weller, Esq.
Hinshaw & Colbertson LLP
222 N. LaSalle St., #300
Chicago, IL 60601-1081
Tel.: (312) 704-3000
Fax: (312) 704-3001
jweller@hinshawlaw.com
dschultz@hinshawlaw.com

          *s/Kenneth M. DucDuong*
          One of Plaintiffs' Attorneys

Kenneth M. DucDuong
KMD Law Office
1055 W. Catalpa Ave. #216
Chicago, IL 60640
Tel.: (773) 561-6587
Fax: (773) 751-5065