**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHELLE COX, EVARISTO CALZADA, and ALICIA CALZADA, on behalf of themselves and all others similarly situated, <br>                 Plaintiffs, <br> v. <br> STUART A. FULLETT, individually and as shareholder of FOSCO FULLETT ROSENLUND, P.C. and FOSCO, VANDERVENNET & FULLETT, P.C.; FOSCO FULLETT ROSENLUND, P.C., an Illinois professional corporation; and FOSCO, VANDERVENNET & FULLETT, P.C., an Illinois professional corporation, <br>                 Defendants. | <u>Summary Judgment Motion</u> <br><br> Case No.: 07 C 6592 <br><br> Class Action <br><br> Jury Trial Demanded <br><br> Judge Blanche M. Manning <br><br> Magistrate Judge Martin C. Ashman |

**<u>NOTICE OF FILING</u>**

TO:    David Matthew Schultz & Jennifer Wigington Weller
          HINSHAW & CULBERTSON LLP
          222 North LaSalle Street, Suite 300
          Chicago, Illinois 60601
          Tel.: (312) 704-3000
          Fax: (312) 704-3001
          dschultz@hinshawlaw.com; jweller@hinshawlaw.com

PLEASE TAKE NOTICE that on <u>March 24, 2008</u>, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the Plaintiffs' <u>Summary Judgment Motion and Supporting Memorandum of Law</u>, in connection with the above captioned action, a copy of which is attached hereto.

                                                              Respectfully submitted,

                                                              *s/Kenneth M. DucDuong*
                                                              One of Plaintiffs' Attorneys

| | |
|---|---|
| Kenneth Maurice DucDuong <br> KMD Law Office <br> 1055 W. Catalpa Ave. #216 <br> Chicago, IL 60640 <br> Tel.: (773) 561-6587 <br> Fax: (773) 751-5065 <br> Attorney No. 6286069 (IL) | Gregory Andrew Zbylut <br> The Law Office Of Gregory A. Zbylut <br> 33 N. LaSalle St. #2020 <br> Chicago, IL 60602 <br> Tel.: (312) 263-8333 <br> Fax: (312) 263-8335 <br> Attorney No. 6287750 (IL) |