UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Michelle Cox
                    Plaintiff,
v.                                              Case No.: 1:07−cv−06592
                                                Honorable Blanche M. Manning
Stuart A Fullett, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

  MINUTE entry before Judge Honorable Blanche M. Manning: The plaintiffs have filed a motion for summary judgment [41−1]. The motion is stricken for two reasons. First, the motion was not noticed for presentment as required under Local Rule 5.3(b). See also Local Rule 78.2. Second, the plaintiffs did not comply with the court's prerequisites for filing a motion for summary judgment, as set out under the Case Management Procedures on its web page.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.