UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE COX, EVARISTO CALZADA, and ALICIA CALZADA, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STUART A. FULLETT, individually and as shareholder of FOSCO, FULLETT, ROSENLUND, P.C. and FOSCO, VANDERVENNET & FULLETT, P.C.; FOSCO, FULLETT, ROSENLUND, an Illinois professional corporation; and FOSCO, VANDERVENNET & FULLETT, an Illinois professional corporation,<br><br>　　　　Defendants. | Case No. 07 C 6592<br><br>Class Action<br><br>Jury Trial Demanded<br><br>Honorable Judge Blanche M. Manning<br><br>Magistrate Judge Martin C. Ashman |

## NOTICE OF FILING

TO:　Kenneth M. DucDuong　　　　　　　　Gregory Andrew Zbylut
　　　KMD Partners Law Offices　　　　　　Attorney at Law
　　　1055 W. Catalpa Avenue, Suite 216　　33 N. LaSalle, Suite 2020
　　　Chicago, IL 60640　　　　　　　　　　Chicago, IL 60602
　　　773-561-6587 - 773-751-5065 (fax)　　312-263-8333 - 312-263-8335 (fax)
　　　kducduong@hotmail.com　　　　　　　gzbylut@sbcglobal.net

　　　PLEASE TAKE NOTICE that on **April 4, 2008,** we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT**, in connection with the above entitled cause, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP

David M. Schultz　　　　　　　　　　　　　s/ *Jennifer W. Weller*
Jennifer W. Weller　　　　　　　　　　　　Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile

6304302v1 884432

**CERTIFICATE OF SERVICE**

  I hereby certify that on **April 4, 2008,** I electronically filed the above and foregoing **NOTICE OF FILING AND DEFENDANTS' ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                   Respectfully submitted,

                   HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz<br>Jennifer W. Weller<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – facsimile<br>dschultz@hinshawlaw.com<br>jweller@hinshawlaw.com<br>Firm's #90384 | s/ *Jennifer W. Weller*<br>Jennifer W. Weller |

6304302v1 884432