IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 15 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Cox                    Plaintiff,      )
                                       )   Case No. 07 C 6592
v.                                     )
                                       )   Magistrate Judge
                                       )   Martin C. Ashman
Fullett, et. al.                       )
                                       )
                       Defendant.      )

## STIPULATION TO DISMISS

The parties hereto, by and through their respective attorneys, hereby stipulate and agree that this matter be dismissed without prejudice and without costs, all matters in controversy having been fully compromised and settled; with leave however to reinstate on or before June 30 2008 (Date) for the sole purpose of enforcing the settlement agreement. In the event a motion to reinstate is not filed on or before the foregoing date, this dismissal will be with prejudice.

Dated this 15th day of May, 2008.

_____            _____
Attorney for Plaintiff              Attorney for Defendant