# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6592 | **DATE** | 6/4/2008 |
| **CASE TITLE** | Michelle Cox vs. Stuart A. Fullett, et al. | | |

**DOCKET ENTRY TEXT**

Pursuant to the stipulation to dismiss of the parties, this matter is dismissed without prejudice and without costs, all matters in controversy having been fully compromised and settled, with leave however to reinstate on or before 6/30/2008 for the sole purpose of enforcing the settlement agreement. In the event a motion to reinstate is not filed on or before the foregoing date, this dismissal will be with prejudice. Civil case terminated.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | IS |
|---|---|---|